UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THR CALIFORNIA, L.P.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STEVE TAYLOR, MARIA G. TAYLOR,<br><br>　　　　　　Defendants. | No. 2:14-cv-923-MCE-EFB PS<br><br><br>ORDER |

On April 16, 2014, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed April 16, 2014, are ADOPTED; and

///

///

///

2. The above-captioned case is REMANDED to the Superior Court of the State of California in and for the County of San Joaquin.

Dated: May 13, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT